Submitted February 1, affirmed February 14, 1977

STEVEN RAY EWING, *Petitioner,*
*v.*
OREGON STATE CORRECTIONAL
INSTITUTION, *Respondent.*
(No. CA 7168)
559 P2d 946

<hr>

Gary D. Babcock, Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Kevin L. Mannix, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Affirmed. ORS 183.482(8)(d); *Bonney v. OSP,* 16 Or App 509, 522-23, 519 P2d 383, *aff'd* 270 Or 79, 526 P2d 1020 (1974).